JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LUPE MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.;<br>DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23−cv−01244 MEMF (JPRx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 31(a)(1)(A)(ii)]**<br><br>Courtroom: 8B<br>District Judge: Maame Ewusi−Mensah Frimpong<br>Magistrate Judge: Jean P. Rosenbluth<br>Complaint Filed: May 5, 2023<br>Trial: September 9, 2024 |

Plaintiff LUPE MARTINEZ and Defendant WAL-MART ASSOCIATES, INC. (collectively, the "Parties") filed a Stipulation for Dismissal of this action with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Upon due consideration and good cause appearing, it is hereby **ORDERED** that the stipulation is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, in its entirety. Each party shall bear her/its own costs and attorneys' fees. The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: July 25, 2024

_____
The Hon. Maame Ewusi−Mensah Frimpong
United States District Court
Central District of California

2354-3484